# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2026 ND 27

In the Interest of M.M., a Child

State of North Dakota,                                    Petitioner and Appellee

    v.

M.M., Child; C.L., Father;

Anika Butts, Guardian ad Litem,                              Respondents

    and

C.M., Mother,                                    Respondent and Appellant

### No. 20250430

Appeal from the Juvenile Court of Burleigh County, South Central Judicial District, the Honorable Tessa M. Vaagen, Judicial Referee.

AFFIRMED.

Per Curiam.

Mary E. Melech, Special Assistant State's Attorney, Bismarck, ND, for petitioner and appellee; submitted on brief.

Erik King, Bismarck, ND, for respondent and appellant; submitted on brief.

**Interest of M.M.**
No. 20250430

**Per Curiam.**

[¶1] C.M., the father, appeals from a juvenile court order terminating his parental rights. He argues the juvenile court clearly erred in finding the causes of the need for protection are likely to continue and will not be remedied, and the child has suffered harm as a result because he completed many of his goals while incarcerated and soon will be released from custody. After reviewing the record, we conclude the juvenile court did not clearly err in finding the causes of the need for protection are likely to continue and will not be remedied, and the child has suffered harm as a result. We further conclude the court did not abuse its discretion by terminating C.M.'s parental rights. We summarily affirm the juvenile court order terminating parental rights under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]  Lisa Fair McEvers, C.J.
Daniel J. Crothers
Jerod E. Tufte
Jon J. Jensen
Douglas A. Bahr